UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HSB GROUP, INC., | : | CIVIL ACTION NO: |
| | : | 3:04-CV-2127 (RNC) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| SVB UNDERWRITING, LTD., | : | |
| | : | NOVEMBER 25, 2009 |
| Defendant. | : | |
| | : | |

**UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR SUBMISSION OF
JOINT PRETRIAL MEMORANDUM, MOTIONS IN LIMINE AND TRIAL-CALL DATE**

Plaintiff, HSB Group, Inc. ("HSB"), by its counsel, files this unopposed motion for a 45 day extension of the deadline for the submission of the parties' joint pretrial memorandum and related motions in limine, if any, up until January 25, 2010. HSB further requests that the Court reschedule the trial-call date currently set for January 6, 2010 until January 25, 2010 or such other date thereafter to be determined by the Court. The parties do not seek an extension of the proposed trial dates. In support of its motion, HSB states the following:

1.   On September 30, 2009, in an extensive 64 page opinion, this Court ruled on the parties' cross motions for summary judgment in this insurance coverage dispute. In that opinion, the Court granted HSB's motion as to all but one of SVB's counterclaims. The Court denied both parties motions and reserved for trial the issue of whether the prior notice exclusion (Exclusion M) of the SVB Policy issued to HSB applied to bar coverage for HSB's claim for reimbursement of the settlements paid and defense costs incurred in connection with several

lawsuits for which HSB sought insurance coverage, i.e., on Count I of the Complaint and Count VII of the Counterclaims.

2.    On October 14, 2009, the Court issued a Pretrial Order requiring that the parties submit by December 11, 2009 their joint pretrial memorandum setting forth, *inter alia*, the parties' proposed witnesses, exhibits, deposition designations, findings of fact, conclusions of law, and anticipated evidentiary disputes. The Order also requires the submission by December 11, 2009 of all motions in limine with responses due 20 days thereafter.

3.    Also on October 14, 2009, the Court ordered that the parties attend a Trial Calendar Call on January 6, 2010 at 3:30 pm at which time counsel and the Court would discuss available trial dates between February and July 2010.

4.    The two lead trial lawyers for HSB in this matter are also attached for a trial in the Court of Common Pleas of Philadelphia County, Pennsylvania captioned *Aetna v. Lexington Insurance Co., et al.*, May Term 2003; No. 3076, starting in January 2010 and have overlapping orders to complete similar pretrial designations in December 2009 in that case.  In addition, because of HSB's trial counsel's Fall 2009 switch of law firms (after 18 years with the prior firm) access and review of certain materials necessary to meet the Court's December 11, 2009 pretrial deadline has been delayed.  Thus, good cause exists for the extension request.

5.    HSB has consulted with defendant, SVB Underwriting, which has represented that it has no objection to this motion.

6. HSB requests a 45 day extension up until January 25, 2010 for the submission of the parties' joint pretrial memorandum and related motions in limine, if any.  HSB further requests that this Court reschedule the Trial Calendar Call scheduled for January 6, 2010 until January 25, 2010 or such other date thereafter determined by the Court.  Moreover, the extension until January 25, 2010 will not impact the selection of a trial date within the court's parameters.

**WHEREFORE**, HSB respectfully requests that this Court permit the parties to submit their joint pretrial memorandum and any motions in limine on January 25, 2010.  HSB further requests that the Trial Calendar Call be rescheduled until January 25, 2010 or such other date thereafter determined by the Court.

Respectfully submitted,

  /s/ Ernest J. Mattei
Ernest J. Mattei
Federal Bar No.: 04313
E-mail: ejmattei@daypitney.com
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-3499
Tel. No. (860) 275-0100
Fax No. (860) 275-0343

Ronald P. Schiller (*Pro Hac Vice*)
Daniel J. Layden (*Pro Hac Vice*)
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel. No. (215)  568-0200
Fax No. (215)  568-0300

Attorneys for plaintiff.
HSB Group, Inc.

Dated:  November 25, 2009.

3

**CERTIFICATION**

      I hereby certify that the on November 25, 2009 a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR SUBMISSION OF JOINT TRIAL MEMORANDUM, MOTIONS IN LIMINE AND TRIAL-CALL DATE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

      /s/    Ernest J. Mattei
      Ernest J. Mattei (ct04313)

Dated: November 25, 2009.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HSB GROUP, INC., | : | CIVIL ACTION NO: |
| | : | 3:04-CV-2127 (RNC) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| SVB UNDERWRITING, LTD, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2009, upon consideration of the unopposed motion to extend the deadline for the parties' joint pretrial memorandum, related motions in limine, and trial call date, and for good cause shown, it is hereby ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that the parties are granted until January 25, 2010 to submit their joint pretrial memorandum and motions in limine, if any.

IT IS FURTHER ORDERED that the Trial Calendar Call is reschedule for _____, 2010.

BY THE COURT:

_____
The Honorable Stefan R. Underhill