UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HSB GROUP INC., <br>     Plaintiff, <br><br> v. <br><br> LLOYD'S UNDERWRITERS, ET AL., <br>     Defendants. | No. 3:04cv2127 (SRU) |

## CONFERENCE MEMORANDUM

On February 11, 2010, I held a telephone conference on the record with Daniel J. Layden, representing HSB, and Wystan M. Ackerman, Ellen D. Jenkins, Peter F. Lovato, III, and Rhonda J. Tobin, representing SVB Underwriting.  The purpose of the conference was to establish a trial date and to discuss a briefing schedule for pending motions.

I set the following schedule: a motions hearing to discuss any pending motions is scheduled for June 18, 2010 at 3:00 p.m.  Counsel shall confer on a briefing schedule such that all papers are available to me on or before June 11, 2010.  A bench trial is scheduled to begin August 12, 2010.

Dated at Bridgeport, Connecticut, this 11th day of February 2010.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge