UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HSB GROUP, INC., | : | CIVIL ACTION NO: |
| | : | 3:04-CV-2127 (SRU) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| SVB UNDERWRITING, LTD., | : | |
| | : | APRIL 30, 2010 |
| Defendant. | : | |
| | : | |

**MOTION FOR EXTENSION OF TIME**

Defendant, SVB Underwriting, Ltd. ("SVB") files this Motion for Extension of Time, seeking to extend the date of the Motion Hearing currently scheduled for June 18, 2010 to any of the following dates: June 22, 24, 29, 30, July 1, 6, 7, 8. The reason for this request is that June 18 now presents a conflict for one of SVB's counsel.

Counsel for SVB has conferred with counsel for the plaintiff HSB Group, Inc. and all counsel are available on the dates provided.

This is the first extension requested with respect to this hearing, and the extension will not impact the trial date of August 12, 2010.

Respectfully submitted,

 /s/ Rhonda J. Tobin
Rhonda J. Tobin
Federal Bar No.: ct 07755
E-mail: rtobin@rc.com
Wystan M. Ackerman
Federal Bar No.: ct 24090
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No. (860) 275-8200
Fax No. (860) 275-8299

Peter F. Lovato, III (*pro hac vice*)
Federal Bar No.:  phv0577
Ellen D. Jenkins (*pro hac vice*)
Federal Bar No.:  phv0602
Boundas, Skarzynski, Walsh & Black, LLC
200 East Randolph Drive, Suite 7200
Chicago, IL 60601

Tel. No. 312-946-4200
Fax No. 312-946-4272

Counsel for Defendant,
 SVB Underwriting, Ltd.

## CERTIFICATE OF SERVICE

      I hereby certify that, on April 30, 2010, a copy of the foregoing was filed electronically. A copy of this filing will be sent by e-mail to all counsel of record in this action by operation of the Court's electronic filing system.

                                          /s/ Rhonda J. Tobin
                                          Rhonda J. Tobin